```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 09193
   LENAIL D RIDGELL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9258

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/15/2008 and was confirmed 06/25/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
IL STATE DISBURSEMENT UN  DSO ARREARS     2762.13            .00            .00
IL STATE DISBURSEMENT UN  UNSECURED       NOT FILED          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        111.86            .00            .00
CITY OF CHICAGO PARKING   UNSECURED       4690.00            .00            .00
AMERICAN GENERAL FINANCE  UNSECURED       1179.64            .00            .00
CREDIT SOLUTIONS CORP     UNSECURED       NOT FILED          .00            .00
LOYOLA MEDICAL CENTER     UNSECURED       NOT FILED          .00            .00
AT&T WIRELESS             UNSECURED        875.53            .00            .00
SALLIE MAE                UNSECURED            .00           .00            .00
SALLIE MAE INC            UNSECURED            .00           .00            .00
WEST SIDE EMERGENCY PHYS  UNSECURED       NOT FILED          .00            .00
WEST SIDE EMERGENCY PHYS  UNSECURED       NOT FILED          .00            .00
KENNETH POLK              NOTICE ONLY     NOT FILED          .00            .00
IL STATE DISBURSEMENT UN  NOTICE ONLY     NOT FILED          .00            .00
KIMBERLY JOHNSON          NOTICE ONLY     NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,464.00                       138.00
TOM VAUGHN                TRUSTEE                                         12.00
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   150.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  138.00
TRUSTEE COMPENSATION                             12.00
DEBTOR REFUND                                      .00
                         ---------------      ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 09193 LENAIL D RIDGELL
```

| | | |
|---|---|---|
| TOTALS | 150.00 | 150.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE